JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| MOSE WEATHERSPOON JR., | ) | No. EDCV 13-910-GAF (AGR) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WOFFORD, | ) | |
| Respondent. | ) | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: May 28, 2013

*/s/ Gary Feess*
GARY A. FEESS
United States District Judge

**JS-6**